O'DONNELL et al., Respondents, *v.* CITY OF BUTTE, Appellant.

(No. 1,511.)

(Submitted April 3, 1903.   Decided April 11, 1903.)

*Municipal Corporations—Streets—Changing Grade.—Damages.*

Judgment affirmed upon the authority of *Less* v. *City of Butte, ante,* 27.

*Appeal from District Court, Silver Bow County; John Lindsay, Judge.*

Action by William O'Donnell and another against the city of Butte, Montana. From a judgment in favor of plaintiffs, defendant appeals. Affirmed.

*Mr. E. M. Lamb,* for Appellant.

*Messrs. McHatton & Cotter,* for Respondents.

PER CURIAM.—As agreed in open court by counsel for appellant and respondents, practically the same questions are involved in this case as in the case of *Less* v. *City of Butte,* decided this day. Therefore, on the authority of the last mentioned case, the judgment of the district court is affirmed.

*Municipal Corporations—Streets—Changing Grade—Damages.*

Judgment affirmed upon the authority of *Less* v. *City of Butte, ante,* 27.